UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cv132

| | |
|---|---|
| **KIMBERLY A. MOORE**, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE**, )<br>**Commissioner of Social Security** )<br>**Administration**, )<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on Plaintiff's Motion for Summary Judgment and Memorandum in support (Documents #9-10), filed February 12, 2007; Defendant's Motion for Summary Judgment and Memorandum in Support (Documents #11-12), filed April 11, 2007; and Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, filed April 25, 2007. Pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge David Cayer was designated to consider and recommend disposition in the aforesaid motion. In a thorough and well-considered Memorandum & Recommendation, filed July 20, 2009, Judge Cayer recommended that Plaintiff's motion for summary judgment be denied, that Defendant's motion for summary judgment be granted, and that the Commissioner's decision be affirmed. In the opinion, Judge Cayer advised the parties that any objections to the proposed findings of fact and conclusions of law were to be filed in writing within ten days of service of the same. The time for filing objections has since passed, 28 U.S.C. § 636(b)(1)(C), and no objections have been filed by either party.

After a careful review of the Magistrate Judge's Memorandum & Recommendation, the Court finds that his findings of fact are supported by the record and that his conclusions of law are

1

consistent with and well supported by the current case law.  See Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (holding that, absent specific objections, only a careful review is required in considering a memorandum and recommendation).  Accordingly, the court hereby accepts the Memorandum & Recommendation of the Magistrate Judge and adopts it as the final decision of this court for all purposes related to this case.

**WHEREFORE,** for the foregoing reasons, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, that Defendant's Motion for Summary Judgment is **GRANTED**, and that the Commissioner's denial of benefits is **AFFIRMED**.

Signed: March 22, 2010

Richard L. Voorhees
United States District Judge