# United States District Court
# For The Western District of North Carolina
# Statesville Division

KIMBERLY A. MOORE,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:06CV132

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2010, Order.

                                                       Signed: March 22, 2010

                                                       Frank G. Johns, Clerk
                                                       United States District Court